# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1486

———————————————

M.B.,

    Appellant,

    v.

Department of Children and
Families,

    Appellees.

———————————————

On appeal from the Department of Children and Family Services.
Casey Penn, Chief of Staff.

June 9, 2026

Per Curiam.

    Affirmed.

Kelsey, Nordby, and Neff, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

John E. Terrel of Howell, Buchan & Strong, Tallahassee, for Appellant.

Camille Larson, Northwest Region Counsel, Tallahassee, for Appellee.